No. 03–7432. LOVE v. POTTER, POSTMASTER GENERAL. C. A. 4th Cir. Certiorari denied.

No. 03–7436. SEVIER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–7444. GREEN v. QWEST CORP. C. A. 10th Cir. Certiorari denied.

No. 03–7451. BOWMAN v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7453. SOTO v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–7456. VASQUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 03–7459. LAMAS-GALAVIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–7462. WERTH v. MUDDY ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–7473. GEFFKEN v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 03–7479. HOUSE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 03–7486. TRICE v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 03–7487. WORKMAN v. WATKINS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 03–7491. COLLIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–7495. CHRISTIAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–7503. PORTILLO v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–7507. RIGGS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.